**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | **CR 03-785-001-PHX-DGC** |
| vs. ) | |
| ) | **DETENTION ORDER** |
| Joseph Mario Griego-Alvarez, III, ) | |
|     Defendant. ) | |

    Defendant appeared before this Court on a Petition for Revocation of Probation. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

    The Court finds that defendant has failed to carry his burden of establishing that he will not flee pursuant to 18 U.S.C. §3142(b) or (c). Further, that there is no condition or combination of conditions that will reasonably assure the appearance of defendant as required.

    IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

    IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility.

    DATED this 1st day of November, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge